1  JOSHUA A. SLIKER, ESQ.
   Nevada State Bar No. 12493
2  THOMAS W. MARONEY, ESQ.
   Nevada State Bar No. 13913
3  **JACKSON LEWIS P.C.**
   300 S. Fourth St., Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email:  joshua.sliker@jacksonlewis.com
   Email:  thomas.maroney@jacksonlewis.com
6
   *Attorneys for Defendants*
7  *The Club at Arrowcreek, LLC and*
   *Troon Golf, LLC*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NYA OLIVARES, individually, | Case No. 3:25-cv-00276-ART-CSD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS THE CLUB AT ARROWCREEK, LLC AND TROON GOLF, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| THE CLUB AT ARROWCREEK, LLC, a domestic limited-liability company; TROON GOLF, LLC, a foreign limited-liability company, and DOES 1-20 inclusive, | |
| Defendants. | **(FOURTH REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Nya Olivares ("Plaintiff"), by and through her counsel, The Bourassa Law Group, and Defendants The Club at Arrowcreek, LLC and Troon Golf, LLC ("Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have a 2-week extension up to and including **September 1, 2025**, in which to file their response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.  Defendant The Club at Arrowcreek, LLC was served with the Summons and Complaint on June 10, 2025, (ECF No. 1) making Defendant The Club at Arrowcreek's response to Plaintiff's Complaint currently due on July 1, 2025.

2.  The Parties agreed to consolidate and extend the deadline for Defendants' response(s) to Plaintiff's Complaint to July 21, 2025. (ECF No. 8).

3. On August 4, 2025 the parties agreed to extend the deadline for Defendants to file their response(s) to Plaintiff's Complaint to August 18, 2025, to allow Defendants sufficient time to address the allegations within the Complaint and to engage in settlement negotiations. (ECF No. 12).

4. On August 4, 2025, the parties agreed to resolve this matter.

5. The parties need additional time to finalize the settlement and dismissal.

6. This is the fourth stipulation to extend the time for Defendants to respond to Plaintiff's Complaint.

7. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

8. This Stipulation is made in good faith and not for the purpose of delay.

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 18th day of August, 2025.

| THE BOURASSA LAW GROUP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jennifer A. Fornetti* <br> Mark J. Bourassa, Bar # 7999 <br> Jennifer A. Fornetti, Bar #7644 <br> Valerie S. Christian, Bar #14716 <br> Joseph P. Waldman, Bar #17010 <br> 2350 W. Charleston Blvd., Suite 100 <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for Plaintiff* <br> *Nya Olivares* | */s/ Thomas W. Maroney* <br> Joshua A. Sliker, Bar # 12493 <br> Thomas W. Maroney, Bar # 13913 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants* <br> *The Club at Arrowcreek, LLC and* <br> *Troon Golf, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: August 19, 2025