1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9 | NYA OLIVARES, individually;

Case No.: 3:25-cv-00276-ART-CSD

10 |      Plaintiff,

11 | vs.

**ORDER GRANTING**

12 | THE CLUB AT ARROWCREEK, LLC, a

**STIPULATION FOR**
**DISMISSAL WITH PREJUDICE**

13 | domestic limited-liability company; TROON

14 | GOLF, LLC, a foreign limited-liability company, and DOES 1-20 inclusive;

15 | 

16 |      Defendants.

17 | / / /

18 | / / /

19 | / / /

20 | / / /

21 | / / /

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

-1-

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Nya Olivares

2   ("Plaintiff"), by and through her counsel, The Bourassa Law Group, and Defendants The Club at

3   Arrowcreek, LLC and Troon Golf, LLC ("Defendants"), by and through their counsel, the law firm of

4   Jackson Lewis P.C., that this action be dismissed in its entirety, with prejudice, with each party to bear

5   their own attorneys' fees and costs incurred in this action. FRCP 41(a)(1)(ii).

6   **IT IS SO STIPULATED.**

7      DATED this 22nd day of October 2025.

8    THE BOURASSA LAW GROUP                JACKSON LEWIS P.C.

9

10   /s/ Mark J. Bourassa                         /s/ Thomas W. Maroney
     Mark J. Bourassa, Bar # 7999                 Joshua A. Sliker, Bar # 12493
     2350 W. Charleston Blvd., Suite 100          Thomas W. Maroney, Bar # 13913
11   Las Vegas, Nevada 89128                      300 S. Fourth St., Suite 900
                                                  Las Vegas, Nevada 89101
12
     *Attorney for Plaintiff*
13   *Nya Olivares*                               *Attorneys for Defendants*
                                                  *The Club at Arrowcreek, LLC and*
14                                                *Troon Golf, LLC*

15

16                           **<u>ORDER</u>**

17                       IT IS SO ORDERED.

18

19                       _____
                         Anne R. Traum, United States District Judge
20
                         Dated: October 23, 2025
21

22

23

24

25

26

27

28